FILED: 07/27/2026 Monica McMichael Cass County Clerk

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN | SUMMONS | 26-000481-NZ |
|---|---|---|
| JUDICIAL DISTRICT | | |
| 43rd JUDICIAL CIRCUIT | | |
| Cass COUNTY | | |

Court address
60296 M-62, Cassopolis, Michigan 49031

Court telephone number
(269) 445-4412

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| Zachary Schmucker<br>17583 CR 14<br>Goshen, IN 46528<br>5744405155 | v | Clint Roach<br>Cass County Sheriff Department<br>321 M-62 Cassopolis, MI 49031<br>269-445-8644<br><br>Cass County 43rd Circuit<br>60296 M-62, Cassopolis, MI 49031<br>cass.foc@courts.mi.gov<br>(269) 445-4412 |
| Plaintiff's attorney bar number, address, and telephone number<br>Pro Se | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ ______________________ Court, where it was given case number ____________ and assigned to Judge ______________________.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 7/27/26 | 10/25/26 | Monica McMichael/AB |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

Summons (3/23)

Case Number 26-000481-NZ

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☑ I served ☑ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Zachary D Schmucker | 7/22/2026 |
| Place or address of service<br>Cass County Sheriffs Office, 43rd Circuit Court | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☑ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Fee | |
|---|---|---|---|
| $ 1000 | | $ | |
| Incorrect address fee | Miles traveled | Fee | TOTAL FEE |
| $ | | $ | $ 1000 |

Signature

Zachary Schmucker

Name (type or print)

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

Attachments (if any) ______ on ______ Date and time

Signature ______ on behalf of ______

Name (type or print) ______

MCL 600 1910, MCR 2.104, MCR 2.105

FILED: 07/27/2026 Monica McMichael Cass County Clerk

26-000481-NZ

STATE OF MICHIGAN
IN THE CASS COUNTY CIRCUIT COURT - 43rd
60296 M-62, Cassopolis, Michigan 49031 - Telephone: (269) 445-4412

ZACHARY D. SCHMUCKER,
Plaintiff.

CASE NUMBER 26-000481-NZ

HON. MARK A. HERMAN

V.

CLINT ROACH, CASS COUNTY,
Defendants.

COMPLAINT FOR DAMAGES
(42 U.S.C. § 1983 – FALSE ARREST, MALICIOUS PROSECUTION, UNLAWFUL SEARCH AND SEIZURE)

---

INTRODUCTION

1. This is a civil rights action brought by Plaintiff Zachary Schmucker against Defendant Sheriff Clint Roach for violations of the Fourth and Fourteenth Amendments to the United States Constitution, arising from the procurement and execution of a forged warrant, the false arrest and malicious prosecution of Plaintiff, and the unlawful search and seizure of his person and property.
2. Plaintiff seeks compensatory and punitive damages, as well as declaratory and injunctive relief, for the constitutional injuries sustained as a direct result of Defendants' unlawful conduct.

---

JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343(a)(3)–(4), as this action arises under the Constitution and laws of the United States.
4. Venue is proper in this District under 28 U.S.C. § 1391(b), because the events giving rise to this claim occurred within this District.

---

PARTIES

5. Plaintiff Zachary Schmucker is an adult resident of Goshen, Indiana, and a citizen of the United States.
6. Defendant Sheriff Clint Roach is, and was at all times relevant, the duly elected Sheriff of Cass County, acting under color of state law. He is sued in his individual and official capacities.
7. Defendant Clint Roach is a municipal entity responsible for the policies, practices, and customs of its Sheriff's Office, and is sued under Monell v. Dept. of Social Services, 436 U.S. 658 (1978).

---

FACTUAL ALLEGATIONS

8. On or about February 5, 2026, Defendant Sheriff Clint Roach caused a search warrant to be issued for Plaintiff's arrest and/or property.
9. The warrant, a copy of which is attached hereto as Exhibit A, was not signed by a neutral magistrate or judge. Instead, in the space reserved for a judicial signature, the document bears the badge number of Sheriff Clint Roach or one of his deputies.
10. Plaintiff was arrested and detained pursuant to this allegedly defective warrant.
11. The warrant was not properly issued, authorized, or reviewed by a judicial officer, and no probable cause was established before a neutral magistrate as required by the Fourth Amendment.
12. Defendant Sheriff Clint Roach knew or should have known that the warrant was forged and lacked proper judicial authorization, yet he executed it and caused Plaintiff's arrest and detention.
13. As a result of Defendant's actions, Plaintiff suffered unlawful incarceration, damage to his reputation, emotional distress, financial loss, and other damages.

---

CLAIMS FOR RELIEF

COUNT I — FALSE ARREST AND UNLAWFUL SEIZURE
(Fourth and Fourteenth Amendments — 42 U.S.C. § 1983)

14. Plaintiff re-alleges paragraphs 1 through 13.
15. Defendant Sheriff Clint Roach arrested and detained Plaintiff without a valid warrant or probable cause, in violation of the Fourth and Fourteenth Amendments.
16. The warrant relied upon by Defendant was forged, lacked judicial authorization, and was not supported by probable cause.
17. A reasonable officer would have known that a warrant bearing a badge number in the judge's signature line was invalid and could not support an arrest.

18. Defendant's actions were objectively unreasonable and violated clearly established constitutional rights.

COUNT II — MALICIOUS PROSECUTION
(Fourth and Fourteenth Amendments — 42 U.S.C. § 1983)

19. Plaintiff re-alleges paragraphs 1 through 18.
20. Defendant initiated or caused to be initiated criminal proceedings against Plaintiff without probable cause and with malice.
21. The proceedings were initiated using a forged warrant and without proper judicial review.
22. The proceedings terminated in Plaintiff's favor (or are still pending, but were dismissed).
23. Plaintiff suffered damages as a result.

COUNT III — UNLAWFUL SEARCH AND SEIZURE
(Fourth and Fourteenth Amendments — 42 U.S.C. § 1983)

24. Plaintiff re-alleges paragraphs 1 through 23.
25. Defendant caused a search and seizure of Plaintiff's person and property without a valid search warrant, consent, or exigent circumstances.
26. The warrant used by Defendant was forged, lacked judicial signature, and was void on its face.

COUNT IV — MONELL CLAIM AGAINST CASS COUNTY
(42 U.S.C. § 1983)

27. Plaintiff re-alleges paragraphs 1 through 26.
28. Defendant Cass County maintained a policy, practice, or custom of permitting its Sheriff's Office to procure and execute forged or invalid warrants, and failed to train or supervise its officers regarding proper warrant procedures.
29. This policy, practice, or custom was the moving force behind the constitutional violations suffered by Plaintiff.

---

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Enter judgment in favor of Plaintiff and against Defendants;

b. Award compensatory damages in an amount to be proven at trial;

c. Award punitive damages against Defendant Sheriff Clint Roach in his individual capacity;

d. Award all fees and costs under 42 U.S.C. § 1988;

e. Grant such other and further relief as this Court deems just and proper.

---

DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all issues triable of right.

Respectfully submitted,

---

Zachary Schmucker, Pro Se
17583 CR 14, Goshen, IN, 46528
5744405155
Deadmantwice@gmail.com

---

I AFFIRM, UNDER THE PAINS AND PENALTIES OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT.

Zachary D. Schmucker

Date: 7-22-26

—

CERTIFICATE OF SERVICE

I, Zachary D. Schmucker, certify that a true copy of this Motion was served upon:

Clint Roach
Cass County Sheriff Department
321 M-62 Cassopolis, MI 49031

Cass County Circuit Court Clerk
60296 M-62, Cassopolis, MI 49031
cass.foc@courts.mi.gov

By: hand and email (this date: 7/22/2026)

Zachary D. Schmucker

Date: 7-22-26

Respectfully submitted,
ZACHARY D. SCHMUCKER
Defendant, Pro Se

---